### [ WATERHOUSE v. USHER ]

David Waterhouse or his Lawfull Attourny plaint. ag$^t$ John Vsher Def$^t$ in an action of the case for witholding the Summe of two hundred and Forty pounds currant mony of New-England being the Forfiture of an Obligation under his hand & Seale bearing date January. 31° 1676. with all due damages etc. . . . The Jury . . . found for the plaint. two hundred & Forty pound mony forfiture of the bond & costs of Court: Vpon request of the Def$^t$ the Court having heard both parties (the plaint. acknowledging the receipt of One hundred and twenty pounds), chancered this Forfiture to thirty pounds mony the full remainder of the condition of s$^d$ Obligation & costs of Court. thirty four Shillings & 3$^d$

### [ TAYLER v. USHER ]

James Tayler plaint. ag$^t$ John Vsher Def$^t$ in an action of the case for witholding the Summe of Four hundred and Fifty pounds in currant mony of New-England due upon the Forfiture of an Obligation under his hand & Seale bearing date January. 31° 1676. with all due damages &c. . . . The Jury . . . found for the plaint. four hundred and Fifty pounds mony Forfiture of the bond & costs of Court. Vpon request of the Def$^t$ & hearing of both parties (the plaint. acknowledging the receipt of One hundred & Eighty pounds) The Court chancered this Forfiture to Forty five pounds mony the full remainder of the condition of s$^d$ Obligation & costs of Court. thirty four Shillings & three pence